[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 7, 2008
THOMAS K. KAHN
CLERK

No. No. 07-15350
Non-Argument Calendar

_____

D. C. Docket Nos. 07-00049-CV-DHB-1 & 05-14034 BKC-SD

In Re: QUEBBIE BRINSON,

Debtor.

_____

QUEBBIE BRINSON,

Plaintiff-Appellant,

versus

CHAPTER 13 TRUSTEE,
Barnee C. Baxter, Chapter 13 Trustee,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(March 7, 2008)**

Before CARNES, BARKETT and FAY, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed for the reasons set forth in its

ORDER dated October 11, 2007.

**AFFIRMED.**